# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Kwame Anir Saafir,

    Petitioner

v.

City of Las Vegas, et al.,

    Respondents

Case No.: 2:21-cv-01832-JAD-VCF

**Order Granting Extension of Time**

ECF No. 7

    Respondents move to extend the deadline to file their response to the petition for writ of habeas corpus. The court finds that the pendency of the court-records request provides good cause for the extension of time but cautions counsel that standard workload demands are not generally good cause for an extension of time.

    IT IS THEREFORE ORDERED that respondents' motion for extension of time **[ECF No. 7] is GRANTED** *nunc pro tunc* to February 2, 2022. **The deadline to respond to the petition for writ of habeas corpus is extended to April 4, 2022.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 22, 2022