# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KWAME ANIR SAAFIR,

    Petitioner

v.

CITY OF LAS VEGAS, et al.,

    Respondents

Case No.: 2:21-cv-01832-JAD-VCF

**Order Granting Extension of Time**

**[ECF No. 9]**

    Respondents seek a 45-day extension of time to file their response to Kwame Anir Saafir's *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus.[1]  Good cause appearing,

    IT IS ORDERED that respondents' second motion for extension of time to file a response to the petition **[ECF No. 9] is GRANTED.  The deadline to respond to the petition for writ of habeas corpus is extended to May 19, 2022**.

    _____
    U.S. District Judge Jennifer A. Dorsey
    Dated: March 25, 2022

---

[1] ECF No. 9.