# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KWAME ANIR SAAFIR,

    Petitioner

v.

CITY OF LAS VEGAS, et al.,

    Respondents

Case No.: 2:21-cv-01832-JAD-VCF

**Order Granting Extension of Time
[ECF No. 11]**

Respondents seek an extension of time to file their response to Kwame Anir Saafir's *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus.[1]  Good cause appearing,

IT IS ORDERED that respondents' third motion for extension of time to file a response to the petition **[ECF No. 11] is GRANTED**.  **The deadline to respond to the petition for writ of habeas corpus is extended to July 8, 2022**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 23, 2022

---

[1] ECF No. 11.