UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KWAME ANIR SAAFIR,<br><br>        Petitioner<br><br>v.<br><br>CITY OF LAS VEGAS, et al.,<br><br>        Respondents | Case No.: 2:21-cv-01832-JAD-VCF<br><br>**Order Granting Extension of Time**<br><br>**[ECF No. 18]** |

Respondents seek a brief extension of time to file their reply in support of their motion to dismiss Kwame Anir Saafir's *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus.[1]  Good cause appearing,

IT IS ORDERED that respondents' first motion for extension of time to file a reply in support of their motion to dismiss **[ECF No. 18] is GRANTED**.  **The deadline to reply is extended to August 26, 2022**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 12, 2022

---

[1] ECF No. 18.